IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMARETTO RANCH BREEDABLES,

    Plaintiff,

  v.

OZIMALS INC,

    Defendant.

No. C 10-05696 CRB

**ORDER REGARDING BOND AMOUNT IF TEMPORARY RESTRAINING ORDER IS ISSUED**

The Court would like the parties to address in their respective briefs being filed tomorrow the appropriate amount of bond Plaintiff should be required to post if this Court decides to issue a temporary restraining order. The briefing should explain the reasons for the amount being sought. The Court understands that Plaintiff has proposed an amount of $10,000, but that suggestion does not appear to have included an explanation as to why that figure is appropriate.

**IT IS SO ORDERED.**

Dated: December 20, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\5696\Order re bond.wpd