KENNETH E. KELLER (SBN 71450)
KRIEG, KELLER, SLOAN, REILLY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Email: kkeller@kksrr.com
Tel: (415) 249-8330
Fax: (415) 249-8333

STEVAN H. LIEBERMAN
GREENBERG & LIEBERMAN, LLC
2141 Wisconsin Avenue, NW Suite C2
Washington, DC 20007
Email: stevan@APLegal.com
Tel: (202) 625-7000
Fax: (202) 625-7001

Attorneys for Plaintiff
Amaretto Ranch Breedables, LLC

STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
166 Main Street
Los Altos, CA 94022
Email: swu@ckwlaw.com
Tel: (650) 917-8045
Fax: (650) 618-1454

PAUL M. SYKES (*Pro Hac Vice Pending*)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Email: psykes@babc.com
Tel.: (205) 521-8766
Fax: (205) 488-6766

Attorneys for Defendant
Ozimals, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| AMARETTO RANCH BREEDABLES, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>OZIMALS, INC.,<br><br>    Defendant. | Case No.: C-10-05696 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER** |

WHEREAS, on January 11, 2011 during the Case Management Conference before this Court, Plaintiff Amaretto Ranch Breedables, LLC ("Plaintiff") informed this Court and Defendant Ozimals, Inc. ("Defendant") of its intent to amend it Complaint;

WHEREAS, on January 19, 2011, Defendant filed a Motion to Dismiss certain causes of action pleaded in Plaintiff's Complaint (DE 60);

1    WHEREAS, the parties have met and conferred regarding the most efficient course of
2 proceeding in light of Plaintiff's intended amended pleading and Defendant's Motion,
3    IT IS HEREBY STIPULATED, by and between the parties, hereto, through their respective
4 counsel, as follows pursuant to Civ. L. R. 6-1 and 7-12:
5    1.   Upon entry of the Court's Order pursuant to this Stipulation, Defendant will
6 withdraw its Motion to Dismiss and associated filings (DE 60 and 61) without prejudice to re-file
7 such a motion as set forth in this Stipulation;
8    2.   Plaintiff will have 14 days from the entry of this Court's Order to file and serve its
9 First Amended Complaint;
10   3.   Defendant's counsel, Mr. Stephen Wu, will accept service of the First Amended
11 Complaint, on behalf of Defendant Ozimals, Inc.;
12   4.   Defendant will have 30 days from service of the First Amended Complaint to file and
13 serve its response;
14   SO STIPULATED this 21st day of January, 2011:

15 Dated: January 21, 2011        KRIEG, KELLER, SLOAN, REILLY & ROMAN LLP

17                                By:_____/s/_____
                                      KENNETH E. KELLER
18                                    Attorneys for Plaintiff
                                      Amaretto Ranch Breedables, LLC
19

20 Dated: January 21, 2011        COOKE, KOBRICK, & WU LLP

22                                By:_____/s/_____
                                      STEPHEN S. WU
23                                    Attorneys for Defendant
                                      Ozimals, Inc.

25 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

26 DATED: __January 25, 2011_____     _____
27                                        HON. CHARLES R. BREYER
                                          UNITED STATES DISTRICT
28

*IT IS SO ORDERED — Judge Charles R. Breyer*

-2-
_____
STIPULATION AND [PROPOSED] ORDER
Case No.: C-10-05696 CRB

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from Stephen S. Wu, counsel for Defendant.

Dated:  January 21, 2011               KRIEG, KELLER, SLOAN, REILLY & ROMAN LLP


By**:**_____/s/_____
     KENNETH E. KELLER
     Attorneys for Plaintiff
     Amaretto Ranch Breedables, LLC