IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMARETTO RANCH BREEDABLES, LLC<br><br>    Plaintiff,<br><br>  v.<br><br>OZIMALS, INC., et al.,<br><br>    Defendants.                   / | No. C 10-05696 CRB<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING** |

The parties shall address the impact, if any, of <u>Rock River Comm., Inc. v. Universal Music Group, Inc.</u>, No. CV08–635 CAS (AJWx), 2011 WL 1598916, at *15-*16 (C.D. Cal. Apr. 27, 2011) on Ozimals's preemption argument. Mot. to Dismiss (dkt. 96) at 9-13; Reply (dkt. 100) at 6-10. Supplemental briefs shall not exceed 5 pages and shall be filed on or before July 5, 2011.

**IT IS SO ORDERED.**

Dated: June 29, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\5696\Order for Supplemental Briefing.wpd