| | |
|---|---|
| 1 | Michelle M. McCliman, State Bar No. 191241 |
| | **McCLIMAN LAW FIRM, APC** |
| 2 | 27702 Crown Valley Parkway |
| | Suite D4-304 |
| 3 | Ladera Ranch, California 92694 |
| | Telephone:  (714) 423-2189 |
| 4 | Facsimile:  (949) 266-9067 |
| | E-Mail:     mmccliman@mcclimanlawfirm.com |
| 5 | |
| | Attorneys for Defendants Ozimals, Inc., Candace Sargent, |
| 6 | Cameron Holt, and Creative Acorn Studio |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMARETTO RANCH BREEDABLES, LLC, a California Limited Liability Corporation, | Case No. CV10-5696 CRB |
| Plaintiff, | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS; [PROPOSED] ORDER** |
| v. | |
| OZIMALS, INC., an Alabama corporation; CANDACE SARGENT, an individual; CAMERON HOLT, an individual; CREATIVE ACORN STUDIO, an Alabama entity, | |
| Defendants. | |

PLEASE TAKE NOTICE that Defendants OZIMALS, INC., CANDACE SARGENT, CAMERON HOLT, and CREATIVE ACORN STUDIO (collectively, "Defendants") hereby request that this Court approve the substitution of the McCliman Law Firm, APC as their counsel of record in place of and instead of Cooke Kobrick & Wu LLP in the above-captioned matter. All pleadings, orders, and notices should be served upon new counsel for Defendants:

Michelle M. McCliman
McCliman Law Firm, APC
27702 Crown Valley Parkway, Suite D4-304
Ladera Ranch, CA 92694
Telephone:  (714) 423-2189
Facsimile:  (949) 266-9067
Electronic Mail:  mmccliman@mcclimanlawfirm.com



1
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS
Case No. CV10-5696 CRB

| | |
|---|---|
| 1 | The following counsel is withdrawing as counsel for Defendants: |
| 2 | Stephen S. Wu |
| | COOKE KOBRICK & WU LLP |
| 3 | 166 Main Street |
| | Los Altos, CA 94022 |
| 4 | Telephone: (650) 917-8045 |
| 5 | Facsimile: (650) 618-1454 |
| | Electronic Mail: swu@ckwlaw.com |

The undersigned consent to the above withdrawal and substitution of counsel:

DATED: May 31, 2012                     Ozimals, Inc. and Candace Sargent

By: /s/Candace Sargent_____
Candace Sargent on behalf of herself and as
President of Ozimals, Inc.

DATED: May 31, 2012                     Creative Acorn Studio and Cameron Holt

By: /s/Cameron Holt_____
Cameron Holt on behalf of himself and as
President of Creative Acorn Studio

Dated: June 1, 2012                     **McCLIMAN LAW FIRM, APC**

By:    /s/Michelle M. McCliman
Michelle M. McCliman

Dated: June 1, 2012                     **COOKE KOBRICK & WU LLP**

By:    /s/ Stephen S. Wu
Stephen S. Wu

**The above withdrawal and substitution of counsel is approved and is so ORDERED.**

DATED: June __6__, 2012                 _____
UNITED STATES DISTRICT

*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court Northern District of California]*