1   Michelle M. McCliman, State Bar No. 191241
    **McCLIMAN LAW FIRM, APC**
2   27702 Crown Valley Parkway
    Suite D4-304
3   Ladera Ranch, California 92694
    Telephone:  (714) 423-2189
4   Facsimile:   (949) 266-9067
    E-Mail:      mmccliman@mcclimanlawfirm.com
5
    Attorneys for Defendants Ozimals, Inc., Candace Sargent,
6   Cameron Holt, and Creative Acorn Studio

7

8                  **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10

11  AMARETTO RANCH BREEDABLES, LLC,        Case No. CV10-5696 CRB
    a California Limited Liability Corporation,
12
              Plaintiff,                    **DEFENDANTS' REQUEST TO APPEAR**
13                                          **TELEPHONICALLY AT CASE**
          v.                                **MANAGEMENT CONFERENCE;**
14                                          **[PROPOSED] ORDER**
15
    OZIMALS, INC., an Alabama corporation;  DATE:  July 13, 2012
16  CANDACE SARGENT, an individual;         TIME:  8:30 p.m.
    CAMERON HOLT, an individual; CREATIVE   DEPT.:  Courtroom 6
17  ACORN STUDIO, an Alabama entity,
18            Defendants.

19   AND RELATED COUNTERCLAIM.

20          Defendants Ozimals, Inc., Candace Sargent, Cameron Holt, and Creative Acorn Studio

21  respectfully request that the Court permit their counsel to appear at the Case Management

22  Conference in this matter set for July 13, 2010 at 8:30 a.m.  Good cause exists for a telephonic

23  appearance as Defendants' counsel's office is located in Ladera Ranch, California, in Orange

24  County.

25  / / /

26  / / /

27  / / /

28  / / /



1    With the Court's permission, counsel will attend the Case Management Conference by

2  telephonic appearance.

3                                        Respectfully submitted,

4  Dated:  July 6, 2012                  **McCLIMAN LAW FIRM, APC**

5

6                           By:   /s/ Michelle M. McCliman
                                  Michelle M. McCliman
7                                 Attorneys for Defendants Ozimals, Inc.,
                                  Candace Sargent, Cameron Holt, and
8                                 Creative Acorn Studio

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



DEFS' REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. CV10-5696 CRB

# ~~PROPOSED~~ ORDER

Defendants' Request to Appear Telephonically at the Case Management Conference on July 13, 2012, is hereby GRANTED.  Defendants' counsel shall make the necessary arrangements with the Court's Clerk to appear telephonically.


DATED:  July ___9___, 2012

_____

HON. CHARLES R. BREYER
UNITED STATES DISTRICT

IT IS SO ORDERED

Judge Charles R. Breyer



DEFS' REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. CV10-5696 CRB