IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMARETTO RANCH BREEDABLES, | No. C -10-05696 CRB (EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| OZIMALS INC, | |
| Defendant. | |

On October 20, 2012, Defendant's counsel sent an email to the Court stating that the parties continue to have a discovery dispute following the October 16, 2012 hearing on Plaintiff's Motion to Quash at which the parties stated their agreements on the record. It appears that Defendant's counsel may not have copied Plaintiff's counsel with the October 20, 2012 email. Defendant's counsel is cautioned against making improper ex parte communications with the Court, and shall immediately forward the email to Plaintiff's counsel if she has not done so already. No later than October 31, 2012, the parties shall file a joint letter setting out their respective positions on the dispute, if a dispute remains. The letter shall be no longer than three pages. Upon receipt of the joint letter, the Court will determine what further proceedings, if any, are needed.

IT IS SO ORDERED.

Dated: October 23, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge