IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMARETTO RANCH BREEDABLES,<br>    Plaintiff,<br>  v.<br>OZIMALS INC. ET AL.,<br>    Defendants. | No. C 10-05696 CRB<br><br>**ORDER** |

On November 2, 2012, this Court will hear oral argument on Plaintiff's Motion for Summary Judgment. In addition to the issues raised in the parties' briefs, the parties should be prepared to discuss the following question: If the Court were to conclude that (under Sybersound) Ozimals lacks standing to bring a copyright infringement suit, does Plaintiff have standing to pursue its declaratory judgment and copyright misuse claims? Why or why not?

**IT IS SO ORDERED.**

Dated: October 29, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE