IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMARETTO RANCH BREEDABLES,<br><br>    Plaintiff,<br><br>  v.<br><br>OZIMALS INC. ET AL.,<br><br>    Defendants.<br>_____ / | No. C 10-5696 CRB<br><br>**ORDER RE REQUEST FOR ENTRY OF JUDGMENT** |

Following this Court's Order Granting in Part and Denying in Part Plaintiff's ("Amaretto") Motion for Summary Judgment, Amaretto has requested judgment be entered against Defendant Ozimals, Inc. ("Ozimals") on Ozimals' copyright infringement counterclaim. See dkt. 146. Piecemeal judgments are strongly disfavored, and good cause for such an approach has not been offered or established. However, final judgment may be proper if Amaretto does not intend to pursue any remaining claims in its case, such as the claim under California's unfair competition statute. Accordingly, the Court ORDERS Amaretto to notify the Court how it intends to proceed with any claims remaining in its case.

**IT IS SO ORDERED.**

Dated: November 15, 2012

                                        CHARLES R. BREYER
                                        UNITED STATES DISTRICT JUDGE