United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMARETTO RANCH BREEDABLES, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>OZIMALS, INC., et al.,<br><br>            Defendants._____/ | No. CV 10-5696 CRB<br><br>**ORDER SETTING FEES MOTION DEADLINE** |

At the hearing on Ozimals' Motion for Summary Judgment, counsel for Amaretto indicated that it intended to move for attorneys' fees in connection with this case. Any party seeking fees shall file such a motion no later than 5 p.m. on June 22, 2013. Absent new evidence, the Court will not revisit Ozimals' counsel's Ex Parte Application to be Relieved as Counsel (dkt. 170) until the conclusion of any fee-related litigation.

**IT IS SO ORDERED.**

Dated: July 11, 2013                                          _____

                                                                            CHARLES R. BREYER
                                                                            UNITED STATES DISTRICT JUDGE