IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMARETTO RANCH BREEDABLES, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OZIMALS, INC., et al.,<br><br>　　　　　Defendants._____/ | No. CV 10-5696 CRB<br><br>**ERRATA RE ORDER SETTING FEES MOTION DEADLINE** |

This Court's July 11, 2013 order setting a deadline for motions related to attorneys' fees (dkt. 177) erroneously stated that the deadline was June 22, 2013. The deadline is July 22, 2013.

**IT IS SO ORDERED.**

Dated: July 12, 2013　　　　　　　　　　　　　　

　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE