IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMARETTO RANCH BREEDABLES, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OZIMALS, INC., et al.,<br><br>　　　　Defendants./ | No. CV 10-5696 CRB<br><br>**ORDER RE BRIEFING ON ATTORNEYS' FEES MOTION** |

　　Plaintiff has moved for attorneys' fees under the Copyright Act. See dkt. 182. Counsel for Defendants has moved to withdraw as Defendants' attorney. See dkt. 108. The Court does not require an opposition brief from Defendants regarding Plaintiff's fee motion at this time. The Court will address counsel's withdrawal motion prior to requiring any further briefing from Defendants.

　　**IT IS SO ORDERED.**

Dated: July 29, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE